======================================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

_____NORTHERN_____   DISTRICT OF   _____NEW YORK_____

JUDGMENT IN A CIVIL CASE

DOCKET NO. 6:03-CV-0802 (LEK/DEP)

MARY TORMA-KELLY,

                    Plaintiff,

          v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

_____   JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____XX_____   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report-Recommendation of the Honorable David E. Peebles, dated September 29, 2005, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED, that in the above entitled action, the case is DISMISSED in favor of the Plaintiff and against the Defendant and is REMANDED to the Commissioner for further proceedings in accordance with the DECISION AND ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated November 15, 2005.

DATE:___November 15, 2005___          **LAWRENCE K. BAERMAN**
                                       CLERK OF THE COURT


                                       Lawrence E. Kahn
                                       U.S. District Judge